## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **PRESQRIBER, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | Case No. 6:14-cv-459 |
| ) | |
| **v.** ) | **PATENT CASE** |
| ) | |
| **OPTUM INC.,** ) | **JURY TRIAL DEMANDED** |
| ) | |
| **Defendant.** ) | |

### NOTICE OF APPEARANCE OF COUNSEL

Defendant, Optum Inc., files this Notice of Appearance, and hereby notifies the Court and all parties of record that Daniel J. Schwartz of the law firm Seyfarth Shaw LLP, 131 S. Dearborn Street, Suite 2400, Chicago, Illinois 60603, is appearing as counsel for the party in the above referenced matter.

September 3, 2014    Respectfully submitted,

*/s/ Daniel J. Schwartz*
Daniel J. Schwartz (*pro hac vice*)
131 S. Dearborn St., Suite 2400
Chicago, IL  60603
Ph.:  312-460-5000
Fax:  312-460-7000

**COUNSEL FOR DEFENDANT:**
Optum Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on this 3rd day of September 2014.

/s/ Daniel J. Schwartz
Daniel J. Schwartz

17843967v.1